Herb Rubinstein, Esq.
Law Offices of Herbert C. Rubinstein
12304 Santa Monica Blvd., Suite 300
Santa Monica, CA 90025
(310) 393-7755 - Telephone
(310) 260-0189 - Facsimile
Attorneys for Plaintiff **JEFFREY WILLIAMS**

FILED
CLERK, U.S DISTRICT COURT
MAR 17 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; WALMART, a corporation, and DOES 1 through 30, inclusive,<br><br>    Defendants. | CASE NO.: CV05-7989 R AJWx<br><br>(LASC CASE NO. BC342028)<br><br>**NOTICE OF VOLUNTARY DISMISSAL (DEFENDANT WAL-MART STORES, INC. ONLY)**<br><br>CTRM: 8<br>JUDGE: Manuel L. Real |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff voluntarily dismisses Wal-Mart Stores, Inc. only, and no other party, from the above-captioned action without prejudice.

                                                  Law Offices of Herbert C. Rubinstein

Dated: March __, 2006        By: _____
                                                  Herbert C. Rubinstein, Esq.

DOCKETED ON CM
MAR 20 2006

483645.1
1
NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE OF DEFENDANT WAL-MART STORES, INC. ONLY

## PROOF OF SERVICE

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Los Angeles, California and my business address is 777 South Figueroa Street, Suite 4700, Los Angeles, CA 90017.

On March 17, 2006, I caused to be served the following document is:

**NOTICE OF VOLUNTARY DISMISSAL (DEFENDANT WAL-MART STORES, INC. ONLY)**

[ ]   VIA FACSIMILE TRANSMISSION (Code Civ. Proc. §§ 1013(e) and (f)): From fax number (213) 607-21116 to the fax numbers listed below and/or on the attached service list. The facsimile machine I used complied with Rule 2008 and no error was reported by the machine.

[X]   VIA MAIL: By placing a copy thereof for delivery in a separate envelope addressed to each addressee, respectively, as follows:

    [X]   BY FIRST-CLASS MAIL (Code of Civ. Proc. §§ 1013 and 1013(a)).

    [ ]   BY OVERNIGHT DELIVERY (Code Civ. Proc. §§ 1013(c) and (d))

    [ ]   BY CERTIFIED RETURN RECEIPT MAIL (Code of Civ. Proc. §§ 1013 and 1013(a))

*See Attached Mailing List*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 17, 2006, at Los Angeles, California.

_____
Darla Rodrigo

# MAILING LIST

Herb Rubinstein, Esq.
Law Offices of Herbert C. Rubinstein
12304 Santa Monica Blvd., Suite 300
Santa Monica, CA 90025
(310) 820-0122 - Telephone
(310) 820-0680 - Facsimile
**Attorneys for Plaintiff JEFFREY WILLIAMS**

Susan J. Kawala, Esq.
Office of the City Attorney
Police Litigation Unit
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012
(213) 978-6900 - Telephone   /   (213) 978-8785 - Facsimile

468535.1

**3**

PROOF OF SERVICE