07/01/2006  12:44   310   88189        HERB RUBINSTEIN               PAGE  02

ROCKARD J. DELGADILLO, City Attorney (SBN 125465x)
MICHAEL L. CLAESSENS, Sr Asst City Attorney
CORY M. BRENTE, Asst City Attorney
SUSAN J. KAWALA, Deputy City Attorney (SBN 178612)
E-Mail  Susan Kawala@lacity org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No  (213) 978-7036
Fax No · (213) 978-8785

```
FILED
CLERK, U.S. DISTRICT COURT
JUL - 5 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JEFFREY WILLIAMS | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV05-7989 R (AJWx) |
| v. | |
| CITY OF LOS ANGELES, ET AL. | SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER |
| Defendant(s). | |

Pursuant to Local Rule 16-14, the parties recommend that the Court approve the following settlement procedure:

☒ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the:  ☐ district judge *or* ☒ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: 6-20-06                    _____ Attorney For Plaintiff
Dated: _____
Dated: 6-30-06                    _____ Attorney For Plaintiff
Dated: _____                    _____ Attorney For Defendant
                                  _____ Attorney For Defendant

**IT IS SO ORDERED**, the above request is:
  ☒ APPROVED.
  ☐ DENIED; IT IS FURTHER ORDERED that the settlement procedure shall be as follows:

*For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.*

Dated: July 5, 2006                    _____ United States District Judge/Magistrate Judge

cc: *Attorney Settlement Officer Panel Coordinator*

ADR-01 (05/03)          SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER

LA CITY ATTY-PLU          Fax:213-978-8785          Jun 30 2006 16:35          P.02

SCANNED

# PROOF OF SERVICE BY MAIL

I, KELLY E. HEATON, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 6th Floor, City Hall East, 200 North Main Street, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

On July 3, 2006, I served the foregoing document(s) described as:

**SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER**

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at Los Angeles, California, addressed to:

**Herbert Rubinstein, Esq.
LAW OFFICES OF HERBERT C. RUBINSTEIN
1541 Ocean Avenue, Suite 200
Santa Monica, California 90401**

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury under the laws of the states of the United States that the foregoing is true and correct.

Executed on July 3, 2006, at Los Angeles, California.

KELLY E. HEATON

#152179